# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL A. MAYER<br>     **Plaintiff,**<br>v.<br>WALLINGFORD-SWARTHMORE SCHOOL DISTRICT, *et al.*<br>     **Defendants.**<br><br>JOSH SHAPIRO, ATTORNEY GENERAL,<br>     **Intervenor.** | CIVIL ACTION NO. 18-4146 |

## ORDER

**AND NOW**, this 23rd day of September 2019, upon consideration of the Motions to Dismiss [Doc. Nos. 10, 14, and 17], and the memoranda in support thereof and in opposition thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motions are **GRANTED** and Plaintiff's Amended Complaint is **DISMISSED without prejudice**. It is further **ORDERED** that the Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

                                                      **BY THE COURT:**

                                                      **/s/ Cynthia M. Rufe**

                                                      _____
                                                      **CYNTHIA M. RUFE, J.**